IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:16-CR-268-AJT |
| v. | ) | |
| | ) | Trial: October 25, 2017 |
| JOSEPHA TSHBANGU KASAI | ) | |
| | ) | |

# GOVERNMENT'S AMENDED TRIAL EXHIBITS

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Maureen C. Cain and Nicholas M. Murphy, Assistant United States Attorneys, hereby submits its exhibit list.

| Exh. | Description | Offered | Admitted |
|---|---|---|---|
| | **PHOTOGRAPHS** | | |
| 1 | Front of 5349 Taney Avenue | | |
| 2 | Street number of building | | |
| 3 | Side of 5349 Taney Avenue | | |
| 4 | Exterior of doors for Apartment 300 and 301 | | |
| 5 | Open door of Apt. 301 | | |
| 6 | Door knocker for Apt. 301 | | |
| 7 | View of Apt. 301 from bottom of the landing | | |
| 8 | View of Apt. 301 from top of third floor landing | | |
| 9 | Ceiling above Apt. 301 door and third floor landing | | |
| 10 | Upper door frame for Apt. 301 | | |
| 11 | Middle of door frame for Apt. 301 | | |

| | | | |
|---|---|---|---|
| 12 | Lower door frame for Apt 301 | | |
| 13 | Burn pattern right side of Apt 301 door on brick wall | | |
| 14 | Fire debris in front of Apt. 301 | | |
| 15 | Fire debris showing glass | | |
| 16 | Fire debris in front of Apt. 301 showing bottom of bottle | | |
| 17 | Fire debris in front of Apt. 301 showing glass | | |
| 18 | Fire debris in front of Apt. 301 showing glass | | |
| 19 | Fire debris in front of Apt. 301 showing bottle neck with wick | | |
| 20 | Fire debris showing glass | | |
| 21 | Delayered third floor landing | | |
| 22 | Sealed lined evidence can | | |
| 23 | Interior view upper door frame Apt. 301 | | |
| 24 | Inside carpet of Apt. 301 | | |
| 25 | Broken front bedroom window Apt. 301 | | |
| 26 | Front bedroom of Apt 301 showing Molotov cocktail on floor | | |
| 27 | Close up of Molotov cocktail on floor | | |
| 28 | Close up of burned wick of Molotov cocktail on floor | | |
| 29 | Molotov in evidence can | | |
| 30 | Balcony sliding glass door from inside Apt 301 | | |
| 31 | Balcony of Apt. 301 | | |

| | | | |
|---|---|---|---|
| 32 | View looking out from balcony of Apt 301 | | |
| 33 | View looking down from balcony of Apt 301 | | |
| 34 | Front bedroom window of Apt 301 from outside | | |
| 35 | Cotton material found in front lawn of 5349 Taney Ave. | | |
| 36 | Shrubbery under Apt. 301 window | | |
| 37 | Plastic gas can in shrubbery beneath Apt. 301 window | | |
| 38 | Close up of plastic can in shrubbery | | |
| 39 | Photo of jacket in street | | |
| 40 | Photo of jacket in street | | |
| 41 | Close up jacket in street | | |
| 42 | Backpack in street | | |
| 43 | Close up backpack in street | | |
| 44 | Picture of sealed can containing fire debris including remains of suspected Molotov cocktail, marked on can as Exh # 1 | | |
| 45 | Picture of glass and other items contained in can labeled Exh # 1 | | |
| 46 | Additional close ups of items contained in can labeled Exh. # 1 | | |
| 47 | Picture of sealed can labeled Exh #2 containing a glass jar containing a sample of fluid taken from I-003 | | |
| 48 | Picture of sealed can labeled Exh. 3 containing a glass bottle and wick | | |
| 49 | Picture of glass bottle and black material inside can | | |
| 50 | Picture of glass bottle with two pieces of black | | |

| | | | |
|---|---|---|---|
| | cloth | | |
| 51 | Close up of glass bottle | | |
| 52 | Close up of two pieces of black cloth | | |
| 53 | OMITTED | | |
| | **DOCUMENTS/VIDEO CLIPS** | | |
| 54 | Stipulation No. 1 signed by the defendant and United States | | |
| 55 | Resident Ledger for Jonathan Maduakor re: rent payments for Apt. 301 | | |
| 56 | Screenshot regarding Rent Payments for Apt 301 | | |
| 57 | Kasai Miranda Waiver | | |
| 58 | Disc containing clips of Kasai's interview | | |
| 58A | 2 Discs containing full interview of Kasai | | |
| 59 | Transcript of Interview (as reading aid) | | |
| 60 | Curriculum Vitae of Chief Deputy Fire Marshal Andrea Buchanan | | |
| 61 | Expert Report of Chief Deputy Fire Marshal Andrea Buchanan | | |
| 62 | Curriculum Vitae of ATF Forensic Chemist Michelle Evans | | |
| 63 | Expert report of ATF Forensic Chemist Michelle Evans | | |
| 64 | Curriculum Vitae of ATF Explosive Enforcement Officer John Winslow | | |
| 65 | Expert Report of ATF Explosive Enforcement Officer John Winslow | | |
| 66 | Curriculum Vitae of ATF SSA CFI Chad Campanell | | |

| | | | |
|---|---|---|---|
| 67 | Expert Report of ATF SSA CFI Chad Campanell | | |
| 68 | ATF Form re: National Firearms Database Registration Information for Kasai | | |
| | **PHYSICAL ITEMS** | | |
| 69 | Backpack | | |
| 70 | Lighter | | |
| 71 | Passport | | |
| 72 | Red Gas Can | | |
| 73 | Can containing fire debris and glass | | |
| 74 | Can containing intact glass bottle and cloth | | |
| 75 | Can containing sample of liquid | | |
| 76 | OMITTED | | |
| 77 | Picture of Noble Maduakor | | |

    Respectfully submitted,

    DANA J. BOENTE
    UNITED STATES ATTORNEY

    _/s/Maureen C. Cain_____
    By: Maureen C. Cain
    Nicholas M. Murphy
    Assistant United States Attorneys
    United States Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Ave.
    Alexandria, VA 22314-5794
    Email: Maureen.cain@usdoj.gov
    Phone: (703) 299-3892
    Email: Nicholas.Murphy@usdoj.gov
    Phone: (703) 299-3729

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

*/s/Maureen C. Cain*
Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314-5794
Phone: (703) 299-3892
Fax: (703) 299-3980
Email: Maureen.Cain@usdoj.gov